UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PAUL MICHAEL ALLEN**, | Civil Case No. 3:10-CV-01377-KI |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | |
| Defendant. | |

 Linda S. Ziskin
 Attorney at Law
 P.O. Box 2237
 Lake Oswego, Oregon  97035

 Richard A. Sly
 Attorney at Law
 1001 S.W. 5th Avenue, Suite 310
 Portland, Oregon  97204

  Attorneys for Plaintiff

Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204

Benjamin J. Groebner
Social Security Administation
Office of General Counsel
701 Fifth Avenue, Suite 2900
M/S 221A
Seattle, Washington  98104-1075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.

      Dated this      26th      day of January, 2012.

                  /s/ Garr M. King
                  Garr M. King
                  United States District Judge

Page 2 - JUDGMENT